IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:18-cv-639-LO/JFA, Case Name NRA v. Lockton Affinity, et. al.
Party Represented by Applicant: National Rifle Association of America

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) William Andrew Brewer III
Bar Identification Number NY-1300938    State New York
Firm Name Brewer, Attorneys & Counselors
Firm Phone # 212-489-1400    Direct Dial # 212-224-8804    FAX # 212-751-2849
E-Mail Address WAB@brewerattorneys.com
Office Mailing Address 750 Lexington Avenue, Floor 14, New York, NY 10022

Name(s) of federal court(s) in which I have been admitted Please see attached.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    Robert H. Cox    6/19/18 (Date)   33118 (VA Bar Number)
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)    (Date)

| Courts | Date of Admission |
|---|---|
| New York State Bar | 01/31/1979 |
| Texas State Bar | 11/19/1984 |
| U.S. District Court for the Northern District of Texas | 03/24/1982 |
| U.S. District Court of Appeals for the Fifth Circuit | 12/08/1984 |
| U.S. Court of Appeals for the Sixth Circuit | 08/08/1984 |
| U.S. District Court for the Eastern District of Michigan | 04/17/1984 |
| U.S. Court of Appeals for the Fourth Circuit | 07/21/1988 |
| U.S. District Court for the Eastern District of Texas | 02/06/1989 |
| U.S. Court of Appeals for the Federal Circuit | 03/02/1989 |
| U.S. District Court for the Western District of Texas | 1990 |
| U.S. District Court for the District of Connecticut | 02/25/1992 |
| U.S. District Court for the Southern District of New York | 07/28/1992 |
| U.S. District Court for the District of Columbia | 1992 |
| U.S. Court of Appeals for the Second Circuit | 03/03/1994 |
| U.S. Court of Appeals for the Third Circuit | 05/1996 |
| U.S. Court of Appeals for the Seventh Circuit | 03/1998 |
| U.S. Court of Appeals for the Tenth Circuit | 10/30/2009 |
| U.S. District Court for the Northern District of New York | 5/8/2018 |