IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

NATIONAL RIFLE ASSOCIATION
OF AMERICA,

      Plaintiff/Counter-Defendant,

  v.

LOCKTON AFFINITY SERIES OF
LOCKTON AFFINITY, LLC, and
KANSAS CITY SERIES OF LOCKTON
COMPANIES, LLC,

      Defendants/Counter-Plaintiffs.

CASE NO. 1:18-CV-00639 (LO-JFA)

## CONSENT MOTION TO CONTINUE RULE 16(b) CONFERENCE

Come now Defendants/Counter-Plaintiffs Lockton Affinity Series of Lockton Affinity, LLC and Kansas City Series of Lockton Companies, LLC (collectively "Lockton"), and with the consent of counsel for Plaintiff/Counter-Defendant the National Rifle Association, respectfully move this Honorable Court to continue the Rule 16(b) Scheduling Conference from its currently set date of August 29, 2018 at 11:00 a.m. to September 5, 2018 at 11:00 a.m. Lead counsel for Lockton is unavailable on the currently scheduled date.

WHEREFORE, the foregoing premises considered, Lockton moves this Honorable Court for the relief set forth above, and for all other and further relief as justice may require.

Dated:  August 10, 2018

Respectfully submitted,

LOCKTON AFFINITY SERIES OF LOCKTON
AFFINITY, LLC, and KANSAS CITY SERIES OF
LOCKTON COMPANIES, LLC

By:   /s/ Timothy J. McEvoy
      Timothy J. McEvoy (VSB No. 33277)
      Patrick J. McDonald (VSB No. 80678)
      CAMERON/MCEVOY PLLC
      4100 Monument Corner Drive, Suite 420
      Fairfax, VA 22030
      (703) 460-9341
      tmcevoy@cameronmcevoy.com
      pmcdonald@cameronmcevoy.com

Of Counsel:

      Scott A. Edelman (admitted *pro hac vice*)
      Tawfiq S. Rangwala (admitted *pro hac vice*)
      Brenton T. Culpepper (admitted *pro hac vice*)
      MILBANK, TWEED, HADLEY &
      McCLOY LLP
      28 Liberty Street
      New York, NY 10005-1413
      (212) 530-5000
      sedelman@milbank.com
      trangwala@milbank.com
      bculpepper@milbank.com

      *Counsel for Defendants/Counter-Plaintiffs*
      *Lockton Affinity Series of Lockton Affinity, LLC, and*
      *Kansas City Series of Lockton Companies, LLC*

NATIONAL RIFLE ASSOCIATION

By:   /s/ Robert H. Cox
       James W. Hundley (VSB No. 30723)
       Robert H. Cox (VSB No. 33118)
       Amy L. Bradley (VSB No. 80155)
       BRIGLIA HUNDLEY, P.C.
       1921 Gallows Road, Suite 750
       Tysons Corner, VA 22182
       jhundley@brigliahundley.com
       rcox@brigliahundley.com
       abradley@brigliahundley.com
       Phone:  703-883-0880
       Fax:  703-883-0899

       William A. Brewer III (*Pro Hac Vice*)
       Sarah B. Rogers (*Pro Hac Vice*)
       Michael L. Smith (*Pro Hac Vice*)
       BREWER, ATTORNEYS & COUNSELORS
       750 Lexington Avenue, Floor 14
       New York, New York 10022
       wab@brewerattorneys.com
       sbr@brewerattorneys.com
       mls@brewerattorneys.com
       Phone: (212) 489-1400
       Fax: (212) 751-2849

       *Counsel for Plaintiff/Counter-Defendant*
       *National Rifle Association of America*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 10, 2018, a true and accurate copy of the foregoing was served by

means of the ECF filing system on all counsel of record in this matter, including:

> James W. Hundley, Esq.
> Robert H. Cox, Esq.
> Amy L. Bradley, Esq.
> BRIGLIA HUNDLEY, P.C.
> 1921 Gallows Road, Suite 750
> Tysons Corner, VA 22182

> /s/ Timothy J. McEvoy
> Timothy J. McEvoy (VSB No. 33277)