IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NATIONAL RIFFLE ASSOCIATION OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>LOCKTON AFFINITY SERIES OF LOCKTON AFFINITY, LLC, ET AL.,<br><br>        *Defendants.* | Case No. 1:18-cv-639<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court upon review of the Application to Qualify as a Foreign Attorney Under Local Civil Rule 83.1(D) and Local Criminal Rule 57.4, filed by Plaintiff's counsel William Andrew Brewer III on June 19, 2018. Dkt. 13. In his application, Mr. Brewer certified, *inter alia*, that he had "not been reprimanded in any court. Nor has there been any action in any court pertaining to [his] conduct or fitness as a member of the bar." Plaintiff's local counsel Robert H. Cox sponsored Mr. Brewer's application. Based upon the findings of fact and conclusions of law detailed in *Brewer v. Lennox Hearth Prod., LLC*, 546 S.W.3d 866 (Tex. App. 2018), the Court finds it necessary to hold a hearing on this matter to make further inquiry into the accuracy of counsels' certifications to this Court. Accordingly, it is **ORDERED** that William Andrew Brewer III and Robert H. Cox appear before this Court on Friday, September 14, 2018 at 10:00 a.m.

August 14, 2018
Alexandria, Virginia

                                                                         Liam O'Grady
                                                                         United States District Judge