UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>            Plaintiff/Counter-Defendant,<br><br>v.<br><br>LOCKTON AFFINITY SERIES OF LOCKTON AFFINITY, LLC, and KANSAS CITY SERIES OF LOCKTON COMPANIES, LLC,<br><br>            Defendants/Counter-Plaintiffs. | Civil Action No.: 1:18-cv-00639-LO-JFA |

**JOINT MOTION FOR ENTRY OF**
**STIPULATION AND [PROPOSED] PROTECTIVE ORDER**

Plaintiff/Counter-Defendant National Rifle Association of America and Defendants/Counter-Plaintiffs Lockton Affinity Series of Lockton Affinity, LLC and Kansas City Series of Lockton Companies, LLC (each a "Party," and collectively, the "Parties"), by their respective undersigned counsel, respectfully move this Court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for entry of the attached Joint Stipulation and [Proposed] Protective Order limiting the use and disposition of certain information and documents. Discovery in this action may yield documents and information of a sensitive and confidential nature. As a result, the Parties have agreed to the attached Joint Stipulation and [Proposed] Protective Order.

The parties agree to submit this Joint Motion to the Court without oral argument pursuant to Local Rule 7(E).

Dated: September 7, 2018

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| NATIONAL RIFLE ASSOCIATION OF AMERICA | LOCKTON AFFINITY SERIES OF LOCKTON AFFINITY, LLC, and KANSAS CITY SERIES OF LOCKTON COMPANIES, LLC |
| By: /s/ Robert H. Cox<br>James W. Hundley (VSB No. 30723)<br>Robert H. Cox (VSB No. 33118)<br>Amy L. Bradley (VSB No. 80155)<br>BRIGLIA HUNDLEY, P.C.<br>1921 Gallows Road, Suite 750<br>Tysons Corner, VA 22182<br>(703) 883-0880<br>jhundley@brigliahundley.com<br>rcox@brigliahundley.com<br>abradley@brigliahundley.com | By: /s/ Timothy J. McEvoy<br>Timothy J. McEvoy (VSB No. 33277)<br>Patrick J. McDonald (VSB No. 80678)<br>CAMERON/MCEVOY PLLC<br>4100 Monument Corner Drive, Suite 420<br>Fairfax, VA 22030<br>(703) 460-9341<br>tmcevoy@cameronmcevoy.com<br>pmcdonald@cameronmcevoy.com |
| Of Counsel:<br><br>William A. Brewer III (*pro hac vice*)<br>Michael L. Smith (*pro hac vice*)<br>Sarah B. Rogers (*pro hac vice*)<br>BREWER, ATTORNEYS & COUNSELORS<br>750 Lexington Avenue, Floor 14<br>New York, NY 10022<br>(212) 489-1400<br>wab@brewerattorneys.com<br>mls@brewerattorneys.com<br>sbr@brewerattorneys.com | Of Counsel:<br><br>Scott A. Edelman (*pro hac vice*)<br>Tawfiq S. Rangwala (*pro hac vice*)<br>Brenton T. Culpepper (*pro hac vice*)<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>28 Liberty Street<br>New York, NY 10005-1413<br>(212) 530-5000<br>sedelman@milbank.com<br>trangwala@milbank.com<br>bculpepper@milbank.com |
| *Counsel for Plaintiff/Counter-Defendant National Rifle Association of America* | *Counsel for Defendants/Counter-Plaintiffs Lockton Affinity Series of Lockton Affinity, LLC, and Kansas City Series of Lockton Companies, LLC* |

## CERTIFICATE OF SERVICE

I certify that on September 7, 2018, I electronically filed the foregoing Joint Motion for Entry of Stipulation and [Proposed] Protective Order, memorandum in support thereof, and Stipulation and [Proposed] Protective Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Timothy J. McEvoy (tmcevoy@cameronmcevoy.com)
CAMERON/MCEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, VA 22030

Tawfiq S. Rangwala (trangwala@milbank.com)
MILBANK, TWEED, HADLEY & MCCLOY LLP
28 Liberty Street
New York, NY  10005-1413
trangwala@milbank.com

*ATTORNEYS FOR KANSAS CITY SERIES OF LOCKTON COMPANIES, LLC AND LOCKTON AFFINITY SERIES OF LOCKTON AFFINITY, LLC*

/s/ Robert H. Cox
James W. Hundley (VSB No. 30723)
Robert H. Cox (VSB No. 33118)
Amy L. Bradley (VSB No. 80155)
BRIGLIA HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, VA 22182
(703) 883-0880
jhundley@brigliahundley.com
rcox@brigliahundley.com
abradley@brigliahundley.com

*Counsel for Plaintiff/Counter-Defendant National Rifle Association of America*