IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA., <br><br> Plaintiff, <br> v. <br><br> LOCKTON AFFINITY SERIES OF LOCKTON AFFINITY, LLC, ET AL., <br><br> Defendants. | Civil No. 1:18-cv-639 <br><br> Hon. Liam O'Grady |

### ORDER

This matter comes before the Court upon review of the Application to Qualify as a Foreign Attorney Under Local Civil Rule 83.1(D) and Local Criminal Rule 57.4, filed by Plaintiff's counsel William Andrew Brewer III and sponsored by Plaintiff's local counsel Robert H. Cox on June 19, 2018 (Dkt. 13). The Court held a hearing to make further inquiry on this matter on September 13, 2018.

For the reasons stated from the bench and for good cause shown, the Court hereby **REVOKES** Mr. Brewer's *pro hac vice* admission (Dkt. 21). Mr. Cox will be permitted to remain as Plaintiff's local counsel on this case.

It is **SO ORDERED.**

September 13, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge