AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Virginia

National Rifle Association of Americ

V.

Lockton Affinity Series of Lockton

**EXHIBIT AND WITNESS LIST**

Case Number: 1:18CV639

| PRESIDING JUDGE<br>Liam O'Grady | PLAINTIFF'S ATTORNEY<br>DiMiro, Cox, Hundley | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| TRIAL DATE (S)<br>9/13/2018 | COURT REPORTER<br>N. Linnell | COURTROOM DEPUTY<br>A. Wachtendonck |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 1 | | 9/13/2018 | yes | yes | Letter from Supreme Court of Texas |
| 2 | | 9/13/2018 | yes | yes | Pro Hac Application in Hawaii |
| 3 | | 9/13/2018 | yes | yes | Rule in Hawaii for making pro hac vice disclosure |
| 4 | | 9/13/2018 | yes | yes | Supplemental submission |
| 5 | | 9/13/2018 | yes | yes | Order Granting Admission in Hawaii |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages