IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>　　v.<br><br>LOCKTON AFFINITY SERIES OF LOCKTON AFFINITY, LLC, and KANSAS CITY SERIES OF LOCKTON COMPANIES, LLC,<br><br>　　　　Defendants/Counter-Plaintiffs. | Civil Action No. 1:18-cv-00639-LO-JFA<br><br>JURY TRIAL DEMANDED |

**NRA'S MOTION FOR THE ISSUANCE OF A LETTER OF REQUEST FOR THE PRODUCTION OF DOCUMENTS UNDER THE HAGUE CONVENTION ON THE <u>TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS</u>**

　　COMES NOW Plaintiff/Counter-Defendant National Rifle Association of America, by and through counsel, and hereby moves this Court pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 28 U.S.C. § 1781, and Fed. R. Civ. P. 28, and the Evidence (Proceedings in Other Jurisdictions) Act 1975 c. 34, for the issuance of a Letter of Request for International Judicial Assistance to compel the production of documents by Lloyd's of London Ltd. and its syndicates, as set forth in Schedule A to the proposed Letter of Request, a collection of insurance underwriters organized and operating in the United Kingdom that underwrote a portion of the affinity-insurance programs brokered and managed on the NRA's behalf by Defendants/Counter-Plaintiffs Lockton Affinity Series of Lockton Affinity, LLC, and Kansas City Series of Lockton Companies, LLC, and which are the subject of this dispute.  A proposed Letter of Request for International Judicial Assistance, following the model form set out in the Hague Evidence Convention, is filed concurrently herewith.

The documents requested by the NRA are set forth in Schedule B to that proposed Letter of Request.

The NRA makes this motion on the grounds that Lloyd's and the syndicates have the evidence sought in the Letter of Request, the documents may not be obtained by other means, and the documents sought are central to the factual bases for the NRA's breach-of-contract claims and will also contain facts highly relevant to Lockton's affirmative defense that it performed under the agreements and its counterclaim that the NRA prevented its performance.

In support of this application, the NRA respectfully refers the Court to the Memorandum of Law in Support of its Motion for the Issuance of a Letter of Request for the Production of Documents under the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, all other pleadings and papers on file in this action, any matters of which this Court may take judicial notice, and such further evidence and argument as may be presented at or before the hearing on this matter.

In accordance with Local Civil Rule 7(E), on October 31, 2018, counsel for the NRA conferred with counsel for Lockton by telephone to inquire whether Lockton takes a position on the relief requested in this motion.  NRA counsel thereafter shared the proposed Letter of Request for International Judicial Assistance requested herein with Lockton counsel.  On November 2, 2018, counsel for Lockton informed NRA counsel that Lockton opposes the relief requested herein.

Dated: November 8, 2018            Respectfully submitted,

By:     /s/ Robert H. Cox_____
James W. Hundley (VA Bar No. 30723)
Robert H. Cox (VA Bar No. 33118)
Amy L. Bradley (VA Bar No. 80155)
BRIGLIA HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, VA  22182
jhundley@brigliahundley.com
rcox@brigliahundley.com
abradley@brigliahundley.com
Phone:  703-883-0880
Fax:  703-883-0899

Sarah B. Rogers (*pro hac vice*)
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Avenue, Floor 14
New York, New York 10022
sbr@brewerattorneys.com
Phone: (212) 489-1400
Fax: (212) 751-2849

Charles J. Cooper (*pro hac vice*)
Michael W. Kirk (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
mkirk@cooperkirk.com

ATTORNEYS FOR THE NATIONAL
RIFLE ASSOCIATION OF AMERICA

## CERTIFICATE OF SERVICE

       I certify that on November 8, 2018, I caused a copy of the foregoing to be served upon the following counsel electronically through the ECF system:

Timothy J. McEvoy
Patrick J. McDonald
CAMERON/MCEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, VA 22030

Scott A. Edelman
Tawfiq S. Rangwala
Brenton T. Culpepper
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, NY 10005-1413

                                               /s/ Robert H. Cox
                                    James W. Hundley (VA Bar No. 30723)
                                    Robert H. Cox (VA Bar No. 33118)
                                    Amy L. Bradley (VA Bar No. 80155)
                                    BRIGLIA HUNDLEY, P.C.
                                    1921 Gallows Road, Suite 750
                                    Tysons Corner, VA  22182
                                    jhundley@brigliahundley.com
                                    rcox@brigliahundley.com
                                    abradley@brigliahundley.com
                                    Phone:  703-883-0880
                                    Fax:  703-883-0899

                                    ATTORNEYS FOR THE NATIONAL
                                    RIFLE ASSOCIATION OF AMERICA

4839-6027-9672.3
2277-04