UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>      Plaintiff/Counter-Defendant,<br><br>  v.<br><br>LOCKTON AFFINITY SERIES OF LOCKTON AFFINITY, LLC, and KANSAS CITY SERIES OF LOCKTON COMPANIES, LLC,<br><br>      Defendants/Counter-Plaintiffs. | Civil Action No.: 1:18-cv-00639-LO-JFA |

**MOTION TO QUASH THIRD-PARTY SUBPOENA TO THE BUREAU OF INSURANCE OF THE VIRGINIA STATE CORPORATION COMMISSION**

Third-Party Bureau of Insurance of the Virginia State Corporation Commission (the "Bureau"), by and through its undersigned counsel, respectfully moves this Court, pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure, to quash the third-party subpoena *duces tecum* served upon the Bureau by Plaintiff/Counter-Defendant National Rifle Association of America on November 1, 2018.  Because any response "requires disclosure of privileged or other protected matter," for the reasons stated in the Bureau's Memorandum of Law filed concurrently in support of its motion, this Court should quash this third-party subpoena.  Fed. R. Civ. P. 45(d)(3)(A)(iii).

Dated:  November 15, 2018

Respectfully submitted,

THE BUREAU OF INSURANCE OF
THE VIRGINIA STATE CORPORATION
COMMISSION

By: /s/ Patricia A.C. McCullagh

Patricia A.C. McCullagh (VSB #43456)
Justin Lo (VSB #93288) (pending admission *pro hac vice*)
Office of General Counsel
Virginia State Corporation Commission
P.O. Box 1197
Richmond, Virginia 23218
(804) 371-9671
(804) 371-9240
Patricia.McCullagh@scc.virginia.gov
Justin.Lo@scc.virginia.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th of November 2018, I served a copy of the foregoing upon

the following counsel via CM/ECF:

> James W. Hundley
> Robert H. Cox
> Amy L. Bradley
> BRIGLIA HUNDLEY, P.C.
> 1921 Gallows Road, Suite 750
> Tysons Corner, Virginia 22182
>
> Timothy J. McEvoy
> Patrick J. McDonald
> CAMERON/MCEVOY PLLC
> 4100 Monument Corner Drive, Suite 420
> Fairfax, Virginia 22030
>
> Scott A. Edelman
> Tawfiq S. Rangwala
> Brenton T. Culpepper
> MILBANK, TWEED, HADLEY & McCLOY LLP
> 28 Liberty Street
> New York, New York 10005-1413

/s/ Patricia A.C. McCullagh