UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>LOCKTON AFFINITY SERIES OF LOCKTON AFFINITY, LLC, and KANSAS CITY SERIES OF LOCKTON COMPANIES, LLC,<br><br>    Defendants/Counter-Plaintiffs. | Civil Action No.: 1:18-cv-00639-LO-JFA |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant National Rifle Association of America and Defendants/Counter-Plaintiffs Lockton Affinity Series of Lockton Affinity, LLC and Kansas City Series of Lockton Companies, LLC, by their respective undersigned counsel, hereby stipulate to the dismissal of the above-captioned action in its entirety, without prejudice. Each party shall bear its own costs and attorneys' fees incurred in this action.

Dated: November 15, 2018

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA | LOCKTON AFFINITY SERIES OF LOCKTON AFFINITY, LLC, and KANSAS CITY SERIES OF LOCKTON COMPANIES, LLC |
| By: /s/ James W. Hundley<br>James W. Hundley (VSB No. 30723)<br>Robert H. Cox (VSB No. 33118)<br>Amy L. Bradley (VSB No. 80155)<br>BRIGLIA HUNDLEY, P.C.<br>1921 Gallows Road, Suite 750<br>Tysons Corner, VA 22182<br>(703) 883-0880<br>jhundley@brigliahundley.com<br>rcox@brigliahundley.com<br>abradley@brigliahundley.com | By: /s/ Timothy J. McEvoy<br>Timothy J. McEvoy (VSB No. 33277)<br>Patrick J. McDonald (VSB No. 80678)<br>CAMERON/MCEVOY PLLC<br>4100 Monument Corner Drive, Suite 420<br>Fairfax, VA 22030<br>(703) 460-9341<br>tmcevoy@cameronmcevoy.com<br>pmcdonald@cameronmcevoy.com |
| Of Counsel:<br><br>Sarah B. Rogers (*pro hac vice*)<br>Gary A. Rubin (*pro hac vice*)<br>BREWER, ATTORNEYS & COUNSELORS<br>750 Lexington Avenue, 14th Floor<br>New York, NY 10022<br>(212) 489-1400<br>sbr@brewerattorneys.com<br>gar@brewerattorneys.com<br><br>Charles J. Cooper (*pro hac vice*)<br>Michael W. Kirk (*pro hac vice*)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>ccooper@cooperkirk.com<br>mkirk@cooperkirk.com | Of Counsel:<br><br>Scott A. Edelman (*pro hac vice*)<br>Tawfiq S. Rangwala (*pro hac vice*)<br>Brenton T. Culpepper (*pro hac vice*)<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>28 Liberty Street<br>New York, NY 10005-1413<br>(212) 530-5000<br>sedelman@milbank.com<br>trangwala@milbank.com<br>bculpepper@milbank.com |
| *Counsel for Plaintiff/Counter-Defendant National Rifle Association of America* | *Counsel for Defendants/Counter-Plaintiffs Lockton Affinity Series of Lockton Affinity, LLC, and Kansas City Series of Lockton Companies, LLC* |

## **CERTIFICATE OF SERVICE**

I certify that on November 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, including:

>Timothy J. McEvoy (VSB No. 33277)
>Patrick J. McDonald (VSB No. 80678)
>CAMERON/MCEVOY PLLC
>4100 Monument Corner Drive, Suite 420
>Fairfax, VA 22030
>(703) 460-9341
>tmcevoy@cameronmcevoy.com
>pmcdonald@cameronmcevoy.com

*Counsel for Defendants/Counter-Plaintiffs*
*Lockton Affinity Series of Lockton Affinity, LLC, and*
*Kansas City Series of Lockton Companies, LLC*

>/s/ James W. Hundley
>James W. Hundley
>Robert H. Cox
>Amy L. Bradley
>BRIGLIA HUNDLEY, P.C.
>1921 Gallows Road, Suite 750
>Tysons Corner, VA 22182
>
>*Counsel for Plaintiff/Counter-Defendant*
>*National Rifle Association of America*
>*Counsel for Defendants/Counter-Plaintiffs*
>*Lockton Affinity Series of Lockton Affinity, LLC, and*
>*Kansas City Series of Lockton Companies, LLC*