IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:18cv0639 (LO/JFA) ) |
| LOCKTON AFFINITY SERIES OF LOCKTON AFFINITY, LLC, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Given the joint stipulation of dismissal without prejudice filed by the parties (Docket no. 66), the hearing on plaintiff's motion for the issuance of a letter request under the Hague Convention (Docket no. 55) scheduled for November 16, 2018 is cancelled.

Entered this 16th day of November, 2018.

/s/ JFA
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia