IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA., <br><br> Plaintiff, <br> v. <br><br> LOCKTON AFFINITY SERIES OF LOCKTON AFFINITY, LLC, ET AL., <br><br> Defendants. | Civil No. 1:18-cv-639 <br><br> Hon. Liam O'Grady |

## ORDER

The Court has received the parties' Joint Stipulation of Dismissal Without Prejudice (Dkt. 66) and finds good cause to **DISMISS** this action in its entirety **WITHOUT PREJUDICE**. Each party shall bear its own costs and attorneys' fees incurred in this action.

It is **SO ORDERED.**

November 1L, 2018
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge